IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-cv-62058

KIMBERLY SMALL

      Plaintiff,

v.

UHG I, LLC and
POLLACK & ROSEN, P.A.

      Defendants.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS, UHG I, LLC AND POLLACK & ROSEN PA

COMES NOW, Defendants, UHG I, LLC and Pollack & Rosen, P.A., by and through undersigned counsel and, pursuant to the Federal Rules of Civil Procedure, hereby files this Answer and Affirmative Defenses.

ANSWER

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted as to federal question jurisdiction only. Otherwise denied.

5. Admitted as to venue only. Otherwise, denied.

6. Without knowledge and therefore denied.

7. Without knowledge and therefore denied.

8. Without knowledge and therefore denied.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Without knowledge as to when Plaintiff received notice. Admitted that UHG had obtained a final judgment against Plaintiff.

21. Without knowledge and therefore denied.

22. Denied.

23. Denied.

## **COUNT I**

24. Admitted.

25. Admitted.

26. The statute speaks for itself

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Without knowledge and therefore denied.

34. Without knowledge and therefore denied.

35. Denied.

36. Denied.

37. Without knowledge and therefore denied.

38. Without knowledge and therefore denied.

39. Denied.

40. Denied.

41. Without knowledge and therefore denied.

42. Without knowledge and therefore denied.

43. Without knowledge and therefore denied.

44. Denied.

WHEREFORE, Defendant, Pollack & Rosen PA request this Court enter a judgment in favor of Defendants as to Count I and for such other relief the Court deems just and proper

## COUNT II

45. Admitted

46. Admitted.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Without knowledge and therefore denied.

52. Without knowledge and therefore denied.

53. Without knowledge and therefore denied.

54. Without knowledge and therefore denied.

55. Without knowledge and therefore denied.

56. Without knowledge and therefore denied. Denied that Defendant manufactured default.

57. Denied.

58. Denied.

59. Without knowledge and therefore denied.

60. Without knowledge and therefore denied.

61.  Without knowledge and therefore denied.

62.  Without knowledge and therefore denied.

WHEREFORE, Defendant, Pollack & Rosen PA request this Court enter a judgment in favor of Defendants as to Count II and for such other relief the Court deems just and proper.

## COUNT III

63.  Admitted

64.  Admitted.

65.  Admitted.

66.  Admitted.

67.  Admitted.

68.  Admitted.

69.  Admitted.

70.  Admitted.

71.  Denied.

72.  Denied.

73.  The statute speaks for itself.

74.  Denied.

75.  Denied.

76.  Denied.

77.  Denied.

78. Denied.

79. Denied.

80. Admitted that a default judgment was obtained. Otherwise, denied.

81. Denied.

82. Denied.

83. Denied.

84. Without knowledge and therefore denied.

85. Without knowledge and therefore denied.

86. Admitted that the judgment has been published in the public record. Otherwise, denied.

87. Denied.

88. Without knowledge and therefore denied.

89. Without knowledge and therefore denied.

90. Without knowledge and therefore denied.

91. Without knowledge and therefore denied

WHEREFORE, Defendant, UHG I, LLC request this Court enter a judgment in favor of Defendants as to Count III and for such other relief the Court deems just and proper.

## COUNT IV

92. Admitted

93. Admitted.

94.   Admitted.

95.   Admitted.

96.   Admitted.

97.   Admitted.

98.   Admitted.

99.   Admitted.

100.   Denied.

101.   Denied.

102.   Denied.

103.   Denied.

104.   Denied.

105.   Denied.

106.   Denied.

107.   Without knowledge and therefore denied.

108.   Without knowledge and therefore denied.

109.   Without knowledge and therefore denied.

110.   Without knowledge and therefore denied.

111.   Without knowledge and therefore denied.

112.   Admitted that the judgment has been published in the public record.

Otherwise, denied.

113.   Denied.

114. Denied.

115. Without knowledge and therefore denied.

116. Denied that the entry of a default judgment was unlawful. Without knowledge as to the remaining allegations and therefore denied.

117. Without knowledge and therefore denied.

118. Without knowledge and therefore denied.

WHEREFORE, Defendant, UHG I, LLC request this Court enter a judgment in favor of Defendants as to Count IV and for such other relief the Court deems just and proper.

## AFFIRMATIVE DEFENSES

1. As their First Affirmative Defense, the Defendants would state that Plaintiff failed to mitigate her damages. Plaintiff knew or should have known that she failed to properly set up the automatic payment and once she learned of the error, failed to make any corrections or respond to any emails and telephone calls initiated by Defendants.

2. As their Second Affirmative Defense, the Defendants would state that Plaintiff is estopped from asserting that she relied on Defendants' agent. As counsel for Defendant UHG, Defendants' attorney, has a conflict of interest in such a way that any reliance by Plaintiff is unjustified.

3.      As their Third Affirmative Defense, the Defendants would state that there was a lack of consideration on the part of Plaintiff as Plaintiff failed to properly set up the automatic payments as required by the online system.

Respectfully submitted,

/s/ Michael Gold
Michael A. Gold, LL.M.
Fla. Bar 71943

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Michael A. Gold
Michael A. Gold, LL.M.
Fla. Bar 71943
Pollack & Rosen, P.A.
806 Douglas Road
South Tower, Suite 200
Coral Gables, Florida 33134
mgold@pollackrosen.com
Tel: 305-448-0006