IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-cv-62058

KIMBERLY SMALL

      Plaintiff,

v.
UHG I, LLC and
POLLACK & ROSEN, P.A.

      Defendants.

_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants, UHG I, LLC and POLLACK & ROSEN, P.A, by and through undersigned attorney, pursuant to Rule 7.1, Federal Rules of Civil Procedure, files this Certificate of Interested Parties listing all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-held corporations owning 10% or more of their stock, and other identifiable legal entities related to a party:

1. UHG I, LLC
   c/o Michael A. Gold, LL.M.
   Pollack & Rosen, P.A.
   806 S. Douglas Road, Suite 200
   Coral Gables, Florida 33134

2. Pollack & Rosen, P.A.

c/o Michael A. Gold, LL.M.
Pollack & Rosen, P.A.
806 S. Douglas Road, Suite 200
Coral Gables, Florida 33134

3. Kimberly Smart
c/o Darren R. Newhart, Esq.
14611 Southern Blvd., Suite 1351
Loxahatchee, Florida 33470

4. Newhart Legal, P.A.
c/o Darren R. Newhart, Esq.
14611 Southern Blvd., Suite 1351
Loxahatchee, Florida 33470

5. Ricardo & Wasylik, PL
c/o Michael Alex Wasylik, Esq.
P.O. Box 2245
Dade City, Florida 33526

The undersigned party understands that under Rule 7.1 of the Federal

Rules of Civil Procedure, it must promptly file a supplemental statement upon

any change in the information that this statement requires.

Dated: November 19, 2025                Respectfully submitted,


                                        /s/ Michael Gold
                                        Michael A. Gold, LL.M.
                                        Fla. Bar 71943

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 19, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ <u>Michael A. Gold</u>
Michael A. Gold, LL.M.
Fla. Bar 71943
Pollack & Rosen, P.A.
806 Douglas Road
South Tower, Suite 200
Coral Gables, Florida 33134
mgold@pollackrosen.com
Tel: 305-448-0006